UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:23-cr-109-SPC-NPM

CALEB ROBERT WIEN

## PRELIMINARY ORDER OF FOREFEITURE

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 48). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting a Samsung Galaxy S23 Ultra Model SM-S918U, serial no. R3CW1088QPE (cell phone). *See* 18 U.S.C. § 2253; Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the cell phone to the adjudicated offenses of possessing child pornography. The Court thus finds the United States is entitled to possession of the cell phone.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 48) is **GRANTED**.

1. The Samsung Galaxy S23 Ultra Model SM-S918U, serial no. R3CW1088QPE (cell phone) is **FORFEITED** to the United States for

disposition according to law and subject to 18 U.S.C. § 2253 and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on March 6, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2