UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO.: 2:23-cr-109-SPC-NPM

CALEB WIEN

_____

### ORDER

Before the Court are two unopposed motions filed by Defendant Caleb Wien: (1) Motion for Court Order to Permit Expert Access to Detained Defendant to Assist Court-Appointed Counsel (Doc. 51); and (2) Motion to Continue Sentencing.

Defendant has plead guilty to possessing child pornography. (Docs. 44 & 46). He has been detained while awaiting sentencing on April 29, 2014. To prepare for sentencing, Defendant seeks an order requiring the Charlotte County Jail[1] to permit Dr. Eric Imhof, a licensed Florida psychologist, to perform a private psychological evaluation. And to accommodate for the evaluation and defense attorney's follow up investigation, Defendant moves to continue his sentencing for ninety days. After considering the unopposed motions, the Court finds good cause to grant the requested relief.

Accordingly, it is

_____

[1] The Charlotte County Jail is located at 26601 Airport Road, Punta Gorda, Florida.

**ORDERED**:

1. Defendant's Motion for Court Order to Permit Expert Access to Detained Defendant is **GRANTED**.

   a. Dr. Eric Imhof is **AUTHORIZED** to enter the Charlotte County Jail at **8:00 a.m. on April 23, 2024**, to meet privately with Defendant.

   b. Dr. Imhof must be allowed to enter the Charlotte County Jail with two laptop computers, a small computer bag, and miscellaneous papers and writing implements necessary for the assessment.

   c. Dr. Imof must be allowed to leave and return to the jail on **April 23, 2024** for lunch.

   d. Charlotte County Jail must provide Dr. Imhof a private room with a table, two chairs, and electrical outlets.

   e. Dr. Imof must provide any necessary identification and follow Charlotte County Jail's procedures.

2. Defendant's Unopposed Motion to Continue Sentencing (Doc. 52) is **GRANTED**. The sentencing is rescheduled to **July 29, 2024, at 9:30 a.m.**

**DONE AND ORDERED** in Fort Myers, Florida on April 1, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:      U.S. Marshal