UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                               CASE NO.: 2:23-cr-109-SPC-NPM

CALEB ROBERT WIEN

# FINAL ORDER OF FORFEITURE

Before the Court on is the United States' Motion for Final Order of Forfeiture. (Doc. 56).  The Government seeks to have forfeited a **Samsung Galaxy S23 Ultra, model SM-S918U, serial number R3CW1088QPE ("Assets")**, which was subject to a March 6, 2024, Preliminary Order of Forfeiture (Doc. 49).  Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus finds all right, title, and interest in the Assets shall be forfeited to the Government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 56) is **GRANTED**.

1. Defendant's interest in the **Samsung Galaxy S23 Ultra, model SM-S918U, serial number R3CW1088QPE** is **CONDEMNED** and

**FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on May 23, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

2